# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:07CR375 |
| vs. | ) | |
| | ) | ORDER |
| PABLO ANTONIO RAMIREZ, | ) | |
| Defendant. | ) | |

Defendant Pablo Antonio Ramirez appeared before the court on Thursday, December 8, 2011 for a detention hearing as to the Petition for Warrant for Offender Under Supervision [85]. The defendant was represented by CJA Panel Attorney Alan G. Stoler and the United States was represented by Assistant U.S. Attorney Robert C. Sigler. Defendant had previously waived his right to a preliminary examination. The government moved for detention. Probation has completed the court ordered investigation of a placement plan and is amenable to releasing the defendant to the recommended residence pending the recommendation of a substance abuse evaluation. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **January 6, 2012 at 1:00 p.m.** Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

3. The Clerk shall deliver a certified copy of this order to the U.S.Marshal for the District of Nebraska for processing of the afore mentioned defendant.

DATED this 9th day of December, 2011.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge